In the Matter of FLORA FASOLDT et al., Respondents, v LAW-
RENCE BUGBEE et al., Constituting the Rensselaer County
Board of Elections, et al., Respondents, and CHRISTOPHER
N. CONSUELLO et al., Appellants. (Proceeding No. 1.)

In the Matter of JAMES BREARTON et al., Respondents, v LAW-
RENCE BUGBEE et al., Constituting the Rensselaer County
Board of Elections, et al., Respondents, and CHRISTOPHER
N. CONSUELLO et al., Appellants. (Proceeding No. 2.)

Argued August 25, 2009; decided August 26, 2009

**APPEARANCES OF COUNSEL**

*David L. Gruenberg,* Troy, for appellants in the first and second above-entitled proceedings.

*Thomas V. Kenney, Jr.,* Troy, for respondents in the first and second above-entitled proceedings.

**OPINION OF THE COURT**

Order reversed and proceedings dismissed (*see Matter of Cass v Krakower,* 13 NY3d 118 [2009] [decided today]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.